# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD PERCY,            )  | |
| )  | |
| Plaintiff,            ) | |
| )  | Case No. CIV-08-282-F |
| -vs-                          )  | |
| ) | |
| MICHAEL J. ASTRUE,          )  | |
| Commissioner of Social Security  ) | |
| Administration,              ) | |
| ) | |
| Defendant.            ) | |

## ORDER

On March 20, 2009, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, wherein he recommended that defendant's final decision denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423, be affirmed. Magistrate Judge Purcell advised the parties of their right to file an objection to the Report and Recommendation by April 9, 2009, and that failure to timely object would waive appellate review of the recommended ruling.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on March 20, 2009 (doc. no. 24) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of Social Security Administration, denying plaintiff, Ronald Percy's

application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423 is **AFFIRMED**.

DATED April 10, 2009.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0282p002(pub).wpd